KAREN L. LOEFFLER
United States Attorney

GARY M. GUARINO
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9
Anchorage, Alaska  99513-7567
Phone: (907) 271-5071
Fax: (907) 271-2344
gary.guarino@usdoj.gov

Attorney for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| M. JONES, a minor, by her mother and next friend Helena Beebe,<br><br>           Plaintiff,<br><br>    vs.<br><br>CITY OF QUINHAGAK; and DERRICK JOHNSON,<br><br>           Defendants. | Case No.<br><br><br><br><br>**UNITED STATES'**<br>**NOTICE OF REMOVAL** |

The United States, through counsel, notifies this Court of the removal of

this action from the Superior Court for the State of Alaska, Fourth Judicial District

at Bethel.  The notice is based on the following:

1.     Plaintiff filed her Complaint against the Defendant Derrick Johnson in the Superior Court for the State of Alaska, Fourth Judicial District at Bethel. Plaintiff alleges that Mr. Johnson committed a tort when Plaintiff Jones was injured in Quinhagak, Alaska, while riding on a four-wheeler vehicle driven by Johnson on or about August 3, 2006.  A copy of the Complaint is attached with this Notice.

2.    United States Attorney for the District of Alaska, Karen L. Loeffler, has certified that, with respect to the allegations in Plaintiff's Complaint, Defendant Derrick Johnson is deemed to be an employee of the Federal Government for purposes of the Federal Tort Claims Act, 28 U.S.C. §§ 1346(b), 2671-80, pursuant to the Indian Self-Determination and Education Assistance Act (ISDEAA).  Pub. L. No. 93-638, 25 U.S.C. § 450 et. seq, 25 U.S.C. § 450f, 25 U.S.C. § 458cc.   The Certification of the U.S. Attorney is filed with this Notice.

3.    The Federal Tort Claims Act,  28 U.S.C. § 2679(d)(2), provides that, upon certification by the Attorney General that the Defendant employee was acting within the scope of his federal employment at the time of the incident out of which the claim arose, any civil action or proceeding commenced upon such claim

Jones  v. City of Quinhagak; Johnson
Case No.                                    2

in a State court shall be removed at any time before trial to the district court of the United States for the district in which the action is pending.

4.     This Notice of Removal is brought pursuant to 28 U.S.C. §§ 1442, 1446 and 28 U.S.C. § 2679(d)(2).  Under 28 U.S.C. § 2679(d)(2), no bond is required to be filed with this Notice of Removal.

5.     A Notice of Filing Removal of a Civil Action together with a copy of this Notice are being filed in the state court where the action is pending.

RESPECTFULLY SUBMITTED this 27th day of March, 2009, in Anchorage, Alaska.

KAREN L. LOEFFLER
United States Attorney

s/Gary M. Guarino
Assistant U.S. Attorney
222 West 7th Ave., #9, Rm. 253
Anchorage, AK 99513-7567
Phone: (907) 271-4264
Fax: (907) 271-2344
E-mail: gary.guarino@usdoj.gov
AK# 8209092

Jones  v. City of Quinhagak; Johnson
Case No.                                3

**CERTIFICATE OF SERVICE**

I hereby certify that on March 27, 2009
a copy of the foregoing **UNITED STATES'**
**NOTICE OF REMOVAL** was served
via U.S. mail on

**Russell L. Winner** (Lead attorney for Plaintiff)
Winner & Associates, PC
900 W. 5th Ave, Ste 700
Anchorage, AK 99501

**Myron E. Angstman** (Co-counsel attorney for Plaintiff)
Angstman Law Office
Box 585
Bethel, AK 99559

**Michael P. McConahy** (Lead attorney for Defendant City of Quinhagak)
McConahy, Zimmerman & Wallace
711 Gaffney Road Suite 202
Fairbanks, AK 99701

**Jim Valcarce** (Lead attorney for Defendant Derrick Johnson)
Valcarce Law Office
900 3rd Avenue
Bethel, AK 99559-0409


s/ Gary M. Guarino

Jones v. City of Quinhagak; Johnson
Case No.                                        4