IN THE SUPERIOR COURT FOR THE STATE OF ALASKA

FOURTH JUDICIAL DISTRICT AT BETHEL

MARCELLA JONES, a minor, by her mother )
and next friend Helena Beebe, )
             )
      Plaintiff, )
             )
v. )
             )
CITY OF QUINHAGAK; and DERRICK )
JOHNSON, )
             )
      Defendants. )
             )
             ) Case No. 4BE-08-_____ CI

## COMPLAINT FOR DAMAGES

COMES NOW Plaintiff Marcella Jones, by her undersigned counsel, and for her complaint for damages against Defendants alleges as follows:

### Parties

1.  Minor Plaintiff Marcella Jones (DOB 3/27/91) is, and at all material times was, a resident of Quinhagak, Alaska. She is represented here by her mother and next friend, Helena Beebe, who also is also a resident of Quinhagak, Alaska

2.  Defendant City of Quinhagak is, and at all material times was, a second-class city incorporated in the State of Alaska.

3.  Defendant Derrick Johnson was at all material times a law enforcement officer in Quinhagak, Alaska.

Angstman Law Office
ATTORNEYS AT LAW
PO BOX 758
BETHEL, ALASKA
99559
(907) 543-2972

COMPLAINT FOR DAMAGES
Jones v. City of Quinhagak, et al., 4BE-08-_____ CI

FILE COPY

## Facts

4. On or about August 3, 2006, Jones was injured in Quinhagak, Alaska, while riding on the back of a four-wheeler driven by Johnson.

5. Johnson had ordered Jones to ride on the back of the four-wheeler. Johnson lost control of the four-wheeler, and Jones was thrown off.

6. Jones suffered serious and permanent physical injuries as a result of the fall.

## Claims Against Johnson

### I. Negligence

7. Jones incorporates by reference all preceding allegations.

8. Johnson had a duty to Jones to exercise due care and to protect her from reasonably foreseeable dangerous conditions. Johnson breached that duty.

9. As a proximate result of that breach, Jones has been damaged in an amount to be proven at trial.

## Claims Against City of Quinhagak

### I. Vicarious Liability

10. Jones incorporates by reference all preceding allegations.

11. At all material times, Johnson was an employee or agent of the City of Quinhagak acting within the scope of his employment or agency. Additionally, at all material times Johnson was performing a non-delegable duty on behalf of the City of Quinhagak. The City of Quinhagak is vicariously liable for Jones's injuries and damages.

Angstman Law Office
ATTORNEYS AT LAW
PO BOX 758
BETHEL, ALASKA
99559
(907) 543-2972

COMPLAINT FOR DAMAGES
Jones v. City of Quinhagak, et al., 4BE-08-_____ CI

## II. Negligent Hiring, Supervision and Training

12. Jones incorporates by reference all preceding allegations.

13. The City of Quinhagak breached its duty to Jones to protect her safety by failing to properly hire, train, and supervise Johnson and its other employees and agents, or those working for or on its behalf.

14. Jones's injuries were proximately caused by this breach.

## III. Negligent Entrustment

15. Jones incorporates by reference all preceding allegations.

16. The City of Quinhagak breached its duty to Jones to protect her safety by negligently entrusting the four-wheeler, owned by it, to Johnson.

17. Jones's injuries were proximately caused by this breach.

WHEREFORE, Jones prays for the following relief:

1. For an award of damages against Defendants in an amount in excess of $100,000, the precise amount to be proven at trial.

2. For an award of prejudgment interest against Defendants.

Angstman Law Office
ATTORNEYS AT LAW
PO BOX 758
BETHEL, ALASKA
99559
(907) 543-2972

COMPLAINT FOR DAMAGES
Jones v. City of Quinhagak, et al., 4BE-08-_____ CI

3. For an award of her costs and attorneys' fees against Defendants in having to bring this action.

4. For such other relief as appears just to the Court.

WINNER & ASSOCIATES, P.C.
Attorney for Plaintiff

Dated: May 13, 2008    By: _____
Russell L. Winner
ABA No. 7811149

ANGSTMAN LAW OFFICE
Attorney for Plaintiff

Dated: May 13, 2008    By: _____
Myron Angstman
ABA No. 7410057

Angstman Law Office
ATTORNEYS AT LAW
PO BOX 758
BETHEL, ALASKA
99559
(907) 543-2972

COMPLAINT FOR DAMAGES
Jones v. City of Quinhagak, et al., 4BE-08-_____ CI

time from the case, upon notice to CLIENT, if investigation discloses no insurance coverage or if ALO determines that the claim lacks merit. ALO shall notify CLIENT in writing, and ALO will have no further obligation to CLIENT. In that event, CLIENT will have no further obligation to ALO.

(b)  If CLIENT conceals or misrepresents facts regarding the above claim, or CLIENT refuses or fails to cooperate with ALO, or CLIENT unreasonably withholds consent to any settlement recommendation made by ALO, or CLIENT commits a breach of this Agreement, ALO shall have the right to terminate services upon giving reasonable notice to CLIENT. In that event, ALO shall have a lien for the reasonable value of time and costs against any future recovery CLIENT may receive.

## MISCELLANEOUS:

CLIENT agrees to keep ALO advised of CLIENT'S whereabouts at all times and to cooperate in the preparation and trial of the case, to appear on reasonable notice for depositions and court appearances, and to comply with all reasonable requests made by ALO in connection with the preparation and presentation of the case.

CLIENT understands, acknowledges and agrees that ALO neither guarantees nor gives assurances regarding the outcome or eventual result of the above claim. CLIENT further understands that she may be liable for a portion of another party's ATTORNEYS' fees, pursuant to Civil Rule 82, and for another party's costs, pursuant to Civil Rule 79, if suit is filed and if CLIENT does not prevail in this action.

CLIENT authorizes ALO to furnish copies of all information, including doctor's reports, hospital records, etc., and any and all photographs or other documents relating to the case to the opposing party.

CLIENT AGREES THAT ALO HAS MADE NO PROMISES OR GUARANTEES REGARDING THE OUTCOME OF THIS CASE.

DATED: Aug, 7th, 06

*Helena M. Beebe*
HELENA BEEBE obo Marcella Jones, CLIENT

DATED: *[signature]*

ANGSTMAN LAW OFFICE

*[signature]*
MYRON ANGSTMAN
ABA #7410057

Angstman Law Office
ATTORNEYS AT LAW
P.O. BOX 585
BETHEL, ALASKA
99559
(907) 543-2972