Attorneys for Plaintiff Marcella Jones:

Russell L. Winner, ABA No. 7811149
Winner & Associates, P.C.
900 W. 5th Avenue, Suite 700
Anchorage, AK 99501
(907) 277-9522 phone
(907) 277-4510 fax
rwinner@winnerlaw.com

Myron Angstman
P.O. Box 585
Bethel, AK 99559
(907) 543-2972 phone
(907) 543-3394 fax
angstmanlaw@alaska.com

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| MARCELLA JONES, | ) |
| Plaintiff, | ) |
| v. | ) |
| UNITED STATES OF AMERICA, | ) FINAL JUDGMENT |
| Defendant. | ) |
| | ) Case No. 4:09-CV-00013-RRB |

Judgment is hereby entered in favor of Plaintiff Marcella Jones and against the Defendant United States of America in the amount of $150,000, inclusive of all costs and attorney's fees.

Dated: 11/10/11         S/RALPH R BEISTLINE
                        ~~Clerk of Court~~ US DISTRICT JUDGE

[PROPOSED] FINAL JUDGMENT
*Jones v. USA*, Case No. 4:09-CV-00013-RRB                    Page 1 of 2